**OFLFDSCL (03/03)**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

| | |
|---|---|
| **In Re**<br>Richard Adoplh DiGioia<br>**Debtor** | **Case No.** 22–00004–ELG<br><br>**Chapter** 7 |

### ORDER DIRECTING DEBTOR'S ATTORNEY TO FILE LOCAL BANKRUPTCY RULE 2016–2(a) STATEMENT

================================================================================

The debtor filed the Voluntary Petition on 1/11/22. The petition was not accompanied by a statement that includes information required by LBR 2016–2(a).

It is hereby

ORDERED that the debtor's attorney shall comply with LBR 2016–2(a)(by utilizing Local Form 10) within 14 days of the date of this filing of the Petition. Failure to comply with this order may result in disgorgement of fees.

Dated: 1/12/22                              For the Court:
                                            Angela D. Caesar
                                            BY:  jh